** COURT CLERK — FEES — MAXIMUM ** THE PROVISIONS OF 28 O.S. 31 [28-31] (1969) WHICH PROVIDES THAT A COURT CLERK SHALL CHARGE A 1% FEE UP TO A MAXIMUM OF $200.00 UPON "RECEIVING AND PAYING OUT" MONEY PURSUANT TO A LAW OR ORDER OF THE COURT AUTHORIZES A 1% FEE TO BE CHARGED UPON EACH PROCESS OR TRANSACTION OF RECEIVING AND PAYING OUT OF MONEY PURSUANT TO LAW OR ORDER OF THE COURT. (TRANSACTION, SINGLE TRANSACTION, FEES) CITE: 28 O.S. 39.2 [28-39.2], 28 O.S. 39.1 [28-39.1], 28 O.S. 157 [28-157] (GARY F. GLASGOW)** SEE OPINION NO. — 93-628 (1994) ** ** SEE OPINION NO. 93-628 (1994) **